UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SIMMONS, | 1:10-cv-00553-AWI-GSA-PC |
| Plaintiff, | ORDER STRIKING SECOND AMENDED COMPLAINT AS IMPROPERLY FILED (Doc. 22.) |
| vs. | |
| JONATHAN AKANNO, et al., | ORDER DENYING DEFENDANT CDCR'S REQUEST FOR SCREENING ORDER AS MOOT (Doc 23.) |
| Defendants. | |
| | THIRTY-DAY DEADLINE FOR PLAINTIFF TO PROPERLY FILE A SECOND AMENDED COMPLAINT |

        This is a civil action filed by Christopher Simmons ("Plaintiff"), a state prisoner proceeding with counsel.  This action was initiated by civil complaint filed by Plaintiff in the Kern County Superior Court on December 17, 2009 (Case #S-1500-CV-269232, DRL).  On March 29, 2010, defendant California Department of Corrections and Rehabilitation (CDCR) ("Defendant") removed the case to federal court by filing a Notice of Removal of Action pursuant to 28 U.S.C. § 1441(a).  (Doc. 1.)  On March 8, 2012, Plaintiff filed the First Amended Complaint.  (Doc. 13.)  On July 18, 2013, the court dismissed the First Amended Complaint, with leave to amend.  (Doc. 19.)

1

1    On October 3, 2013, Attorney Scottlynn J. Hubbard IV filed a Second Amended

2  Complaint on Plaintiff's behalf.  (Doc. 22.)  On October 7, 2013, Defendant CDCR requested

3  the court to screen Plaintiff's Second Amended Complaint under 28 U.S.C. § 1915A and grant

4  Defendant an extension of time in which to file a responsive pleading.  (Doc. 23.)  On May 8,

5  2014, the court issued an order denying the substitution of Attorney Scottlynn J. Hubbard IV as

6  counsel for Plaintiff, on procedural grounds.  (Doc. 25.)

7    Because Attorney Hubbard filed the Second Amended Complaint on Plaintiff's behalf

8  without approval of a substitution of attorneys by the court, the Second Amended Complaint

9  was improperly filed.  Therefore, the Second Amended Complaint shall be stricken from the

10  record, and Defendant's request for the court to screen the Second Amended Complaint shall

11  be denied as moot.

12    Accordingly, IT IS HEREBY ORDERED that:

13    1.    The Second Amended Complaint, filed on October 3, 2013, is STRICKEN from

14  the record;

15    2.    Defendants' Request for the court to screen the Second Amended Complaint,

16  filed on October 7, 2013, is DENIED as moot; and

17    3.    Within thirty days from the date of service of this order, Plaintiff is required to

18  properly file a Second Amended Complaint, pursuant to the court's order of July 18, 2013.

19
20  IT IS SO ORDERED.

21    Dated:   **May 9, 2014**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28