UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SIMMONS,<br><br>             Plaintiff,<br><br>      vs.<br><br>JONATHAN AKANNO, et al.,<br><br>             Defendants. | 1:10-cv-00553-AWI-GSA-PC<br><br>ORDER DENYING SUBSTITUTION OF ATTORNEYS, WITHOUT PREJUDICE<br>(Doc. 27.) |

**I.     BACKGROUND**

     This is a civil action filed by Christopher Simmons ("Plaintiff"), a state prisoner proceeding pro se.  On May 22, 2014, Plaintiff filed a request for substitution of attorneys, requesting to substitute attorney Scottlynn J. Hubbard IV, Esq., in place and stead of himself as attorney of record.  (Doc. 27.)

**II.     SUBSTITUTION OF ATTORNEYS – LOCAL RULE 182(g)**

     Under Local Rule 182(g), Plaintiff must submit a substitution of attorneys document to the Court, setting forth the full name and address of the new attorney, and ***signed by Plaintiff*** (as the withdrawing attorney and client) ***and the new attorney***.  Local Rule 182(g) (emphasis added).  "All substitutions of attorneys shall require the approval of the Court, and the words **'IT IS SO ORDERED'** with spaces designated for the date and signature of the Judge affixed at the end of each substitution of attorneys." Id.

1

Plaintiff's request for substitution of attorneys does not include the signature of the new attorney, as required by Local Rule 182(g).  Therefore, the request must be denied, without prejudice to submission of a new request, or "Stipulation for Substitution of Attorneys" which meets the requirements of  Local Rule 182(g).

**III.    CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for substitution of attorneys, filed on May 22, 2014, is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **May 23, 2014**                              **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE