UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SIMMONS,<br><br>            Plaintiff,<br><br>      vs.<br><br>CDCR, et al.,<br><br>            Defendants. | 1:10-cv-00553-AWI-GSA-PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT KELDGORD<br><br>(Doc. 61.) |

Defendant Keldgord filed an Answer to Plaintiff's third amended complaint on March 27, 2015. (Doc. 66.) In light of this filing, IT IS HEREBY ORDERED that application of the court's discovery and scheduling order filed on March 3, 2015, is EXTENDED to defendant Keldgord.

IT IS SO ORDERED.

   Dated:   **March 31, 2015**            /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE

1