# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SIMMONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. ZAMORA, et al.,<br><br>　　　　Defendants. | Case No.  1:10-cv-00553AWI-SAB-PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT COVARRUBIAS<br><br>(ECF No. 61) |

　　　　Defendant Covarrubias filed an answer to Plaintiff's third amended complaint on September 29, 2015 (ECF No. 71.)  In light of this filing, IT IS HEREBY ORDERED that application of the Court's discovery and scheduling order filed March 3, 2015, is extended to Defendant Covarrubias.

IT IS SO ORDERED.

Dated:　__**October 1, 2015**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1