# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SIMMONS, | Case No. 1:10-cv-00553-AWI-SAB-PC |
| Plaintiff, | ORDER MODIFYING SCHEDULING ORDER |
| v. | Discovery Motion Deadline: January 4, 2016 |
| J. AKANNO, et al., | |
| Defendants. | Dispositive Motion Deadline: March 11, 2016 |

Plaintiff is a state prisoner proceeding with counsel in a civil rights action pursuant to 42 U.S.C. § 1983.

Counsel for Plaintiff and Defendants have filed a stipulation to extend the deadline for filing discovery motions and dispositive motions. The parties have stipulated that in order to evaluate Plaintiff's mental condition and re-schedule Plaintiff's continued deposition without the necessity of filing a Motion to Compel, the parties stipulate that the deadline for completing discovery and filing discovery motions be extended sixty days to January 4, 2016, and the deadline for filing dispositive motions be extended sixty days to March 11, 2016.

Good cause appearing, IT IS HEREBY ORDERED that, pursuant to stipulation of the parties, the deadline for completing discovery and filing discovery motions is extended to January 4, 2016, and the deadline for filing dispositive motions is extended to March 11, 2016.

IT IS SO ORDERED.

Dated: **November 3, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1