# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SIMMONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. AKANNO, et al.,<br><br>　　　　Defendants. | Case No.  1:10-cv-00553-AWI-SAB-PC<br><br>ORDER EXTENDING TIME TO FILE DISPOSITIVE MOTIONS<br><br>(ECF NO. 76)<br><br>Dispositive Motion Deadline:<br>**March 25, 2016** |

　　On March 4, 2016, the parties submitted a stipulation to extend the dispositive motion filing deadline from March 11, 2016, to March 25, 2016.  The parties seek to extend the dispositive motion filing deadline in light of the trial calendar of defense counsel.

　　Good cause appearing and pursuant to stipulation of the parties, IT IS HEREBY ORDERED that the dispositive motion filing deadline in this action is extended to March 25, 2016.

IT IS SO ORDERED.

Dated:   **March 7, 2016**　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1