# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SIMMONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. AKANNO, et al.,<br><br>　　　　Defendants. | Case No. 1:10-cv-00553-AWI-SAB-PC<br><br>ORDER AMENDING SCHEDULING ORDER PURSUANT TO STIPULATION OF THE PARTIES<br><br>(ECF NO. 79)<br><br>DISPOSITIVE MOTIONS DUE MAY 25, 2016 |

On March 24, 2016, Defendant J. Akanno filed a joint stipulation to extend the dispositive motion filing deadline from March 25, 2016, to May 25, 2016. On the same date, Defendant Akanno filed an association of counsel, indicating that Lawrence Bragg, Deputy Attorney General of the Office of the Attorney General, associates Susan E. Coleman, of the Law Offices of Burke, Williams & Sorensen, LLP, as counsel for Defendant Akanno for all matters.

The joint stipulation indicates that the Deputy Attorney General's Office intends to provide new defense counsel with copies of records as soon as possible. The stipulation further indicates that although Deputy Attorney General Lawrence Bragg is ready to file dispositive

motions on behalf of Defendants Covarubbias, Hedgpeth and Kelgord, the parties stipulate that, for the convenience of the Court and parties, the briefing on dispositive motions could be filed at one time.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the scheduling order is amended to extend the dispositive motion filing deadline to May 25, 2016.

IT IS SO ORDERED.

Dated: **March 25, 2016**

UNITED STATES MAGISTRATE JUDGE