# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SIMMONS, | Case No.  1:10-cv-00553-AWI-SAB-PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| J.  AKANNO, et al., | (ECF NO. 83) |
| Defendants. | OPPOSITION DUE APRIL 22, 2016 |

Plaintiff Christopher Simmons is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 15, 2016, counsel for Plaintiff filed a request to extend time to file opposition to Defendants' motion for summary judgment. (ECF No. 83.)  The request is supported by the declaration of counsel.  Plaintiff seeks an extension of time to April 22, 2016, in which to file opposition to Defendants' motion for summary judgment.

Good cause having been presented to the Court, Plaintiff is granted until April 22, 2016, in which to file opposition to Defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:   **April 18, 2016**

UNITED STATES MAGISTRATE JUDGE

1