# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRISTOPHER SIMMONS,<br><br>       Plaintiff,<br><br>  v.<br><br>J. AKANNO, et al.,<br><br>       Defendants. | Case No.  1:10-cv-00553-AWI-SAB-PC<br><br>ORDER EXTENDING TIME TO FILE OPPOSITION TO DEFENDANT AKANNO'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF NO. 91)<br><br>OPPOSITION DUE JULY 15, 2016 |
|---|---|

Plaintiff is appearing with retained counsel in this action pursuant the Americans with Disabilities Act, 42 U.S.C. § 12203(a).

On June 13, 2016, the parties submitted a joint stipulation to continue time to respond to Defendant Akanno's motion for summary judgment, and to continue Defendant's time to reply. Plaintiff's counsel indicates that he needs additional time in order to confer with Plaintiff and to file a substantive response to Defendant's motion.

Good cause appearing, and pursuant to stipulation of the parties, IT IS HEREBY ORDERED that the deadline for Plaintiff's opposition to Defendant Akanno's motion for summary judgment is extended to July 15, 2016.  Defendant's reply is due July 29, 2016.

IT IS SO ORDERED.

Dated:   **June 14, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1