# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SIMMONS, | Case No. 1:10-cv-00553-AWI-SAB (PC) |
| Plaintiff, | ORDER STRIKING OBJECTIONS |
| v. | [ECF No. 101] |
| J. AKANNO, et al., | |
| Defendants. | |

On March 31, 2017, Plaintiff Christopher Simmons personally filed objections to the Court's order granting summary judgment in favor of Defendants and closing the case. (ECF No. 95.)

Filings must include the signature of at least one attorney of record when a party is represented. Fed. R. Civ. P. 11(a). See also Local Rule 131(b) ("All pleadings and non-evidentiary documents shall be signed by the individual attorney for the party presenting them . . . .")

Plaintiff has been represented by counsel since September 2013 in this action. In fact, Plaintiff's counsel has filed objections to the bill of costs submitted by Defendants in this matter on March 20, 2017. There is no indication that Plaintiff is no longer represented by counsel. However, the most-recent objections filed on March 31, 2017 were not signed or submitted for filing by Plaintiff's counsel.

Accordingly, the objections filed on March 31, 2017 (ECF No. 95) are HEREBY ORDERED STRICKEN from the record, rendering them a nullity.

IT IS SO ORDERED.

Dated: **April 3, 2017**

UNITED STATES MAGISTRATE JUDGE