# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SIMMONS,<br><br>     Plaintiff,<br><br>    v.<br><br>J. AKANNO, et al.,<br><br>    Defendants. | Case No. 1:10-cv-00553-AWI-SAB-PC<br><br>ORDER DIRECTING CLERK OF COURT TO FORWARD DOCUMENTS TO NINTH CIRCUIT<br><br>(ECF No. 111) |

On April 5, 2017, Plaintiff filed a notice of appeal of the final judgment in favor or Defendants. The notice was processed to the Ninth Circuit on April 6, 2017. On April 10, 2017, the Ninth Circuit directed Plaintiff to file a motion with that court to proceed in forma pauperis on appeal, or pay the $505 filing fee for the appeal.

On May 24, 2017, Plaintiff filed a motion for an extension of time to file an in forma pauperis application addressed to the Ninth Circuit. Accordingly, the Clerk of the Court is HEREBY DIRECTED to electronically forward that motion (ECF No. 111) to the Ninth Circuit.

IT IS SO ORDERED.

Dated: __**May 25, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE