# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SIMMONS, | APPEAL NO.: 17-15658 |
| Plaintiff, | Case No. 1:10-cv-00553-AWI-SAB-PC |
| v. | ORDER DIRECTING CLERK OF COURT TO FORWARD DOCUMENTS TO NINTH CIRCUIT |
| J. AKANNO, et al., | |
| Defendants. | (ECF No. 115) |

On August 18, 2017, the Ninth Circuit denied Plaintiff's motion to proceed in forma pauperis on appeal, and directed Plaintiff to pay the $505 filing fee for the appeal within 21 days after the date of the Ninth Circuit's order. (ECF No. 114)

On September 1, 2017, Plaintiff filed a motion for an extension of time to pay the docketing and filing fees for the appeal. Accordingly, the Clerk of the Court is HEREBY DIRECTED to electronically forward that motion (ECF No. 115) to the Ninth Circuit.

IT IS SO ORDERED.

Dated: __September 5, 2017__

_____
UNITED STATES MAGISTRATE JUDGE